# Order

Michigan Supreme Court
Lansing, Michigan

February 27, 2007

132600

BRUCE MAY,
      Plaintiff-Appellant,

v

MIKE GREINER,
      Defendant-Appellee,
and

MARK STEENBERGH,
      Defendant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132600
COA: 269516
Macomb CC: 05-001512-NO

On order of the Court, the application for leave to appeal the October 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220